Darlene C. SAMMARCO, Appellant,

v.

State of MINNESOTA; Michael O'Keefe, Individually and as Commissioner of Health and Human Services; Michael Hatch, Individually and as Minnesota Attorney General; Judge Edward W. Bearse, Individually and as Anoka County Probate Court Judge; Jim Kordiak, Individually and as Anoka County Board of Commis-

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

sioners; **Daniel Dauth, Individually and as Anoka County Social Services; Judith Krohn, Individually and as Chief Executive Officer of Anoka Regional Treatment Center, Appellees.**

No. 02–3105.

United States Court of Appeals, Eighth Circuit.

Submitted March 25, 2003.

Decided April 7, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Darlene C. Sammarco (Sammarco) appeals from the district court's[1] dismissal of her claim, purportedly filed pursuant to the qui tam provisions of the False Claims Act, 31 U.S.C. §§ 3729–3733 (2000). Having carefully reviewed the record and appellant's brief, we agree with the district court that Sammarco's complaint is barred by res judicata. *See Lundquist v. Rice Mem'l Hosp.*, 238 F.3d 975, 976–77 (8th Cir.2001) (per curiam).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

A true copy.

1. The Honorable Joan E. Lancaster, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan Lebedoff, United States Magistrate Judge for the District of Minnesota.